4:11mc 223

Thank you for upholding the 4th amendment
Dale Quigg
to:
LNH
11/17/2011 11:22 AM
Hide Details
From: Dale Quigg <dalequigg@gmail.com>

To: LNH@txs.uscourts.gov

Dear Judge Hughes,

Thank you for upholding the 4th Amendment with your ruling last week.

It seems to me that 4th Amendment protections have been seriously eroded (airport "administrative" searches, laptop searches by customs and border patrol, police searching content of cell phones) in the last 10 years. I understand that law-enforcement has a (difficult) job, but it seems the pendulum has swung too far in practices/laws trading essential liberty for temporary safety.

It's refreshing to hear of a current-day instance where the 4th Amendment is upheld.

Sincerely,
Dale Quigg

2524 240th St SE
Bothell, WA 98021