4:11mc 223

  Thank you for your ruling on warrantless cell phone tracking
Samuel Jordan Johnson
to:
LNH
11/18/2011 11:36 AM
Sent by:
lahma69@gmail.com
Hide Details
From: Samuel Jordan Johnson <sj1196@txstate.edu>

To: LNH@txs.uscourts.gov


Sent by: lahma69@gmail.com


Honorable Judge Hughes,

I am a 24 year old Computer Information Systems major at Texas State University. I just completed an article in the wall street journal in which you ruled it unconstitutional to obtain cell phone records without warrant. I am a fierce opponent of any laws which are in violation of the constitution, therefore I wanted to give you my gratitude for upholding what is right. It seems that as a country we have put the Constitution in the closet, and we just don't look at it anymore unless it applies in a way that we want it too. You are a good man, and I am proud to have you as a part of our judicial system. I wish you had some sort of authority/say in the Internet Blacklist Bill that is close to being passed. It IS communist censorship!