**Thank You**
John Shebanow    to: LNH                                        11/18/2011 07:36 PM

From:   John Shebanow <jjshebanow@me.com>
To:     LNH@txs.uscourts.gov

Your Honor,

I felt compelled to write you after reading your decision regarding warrantless cell phone tracking. Your brief and eloquent reasoning brought tears to my eyes and made me proud to be an American. The Fourth Amendment always seemed exceedingly clear to my eyes.

Thank you, from the bottom of my heart and God bless you and all you love.

Sincerely,

John J. Shebanow