

**Praise: Historical Cell Site Data Decision**
Jordan Alcott    to: LNH                                    11/21/2011 12:20 PM

From:     "Jordan Alcott" <jordan@alcottcomputers.com>
To:       LNH@txs.uscourts.gov
          **Please respond to jordan@alcottcomputers.com**

Please tell the Judge thanks for his support of the fourth amendment in his recent decision re: Historical Cell Site Data.

Thanks!