IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF THE | § | |
| UNITED STATES OF AMERICA FOR | § | CIVIL NO. 4:11-mc-00223 |
| HISTORICAL CELL SITE DATA | § | (Related Cases: 4:10-mj-00981, 4:10-mj-00990, 4-10-mj-00998) |

### UNITED STATES' NOTICE OF APPEAL

The United States of America, applicant in Civil No. 4:11-mc-00223, hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit. The United States seeks review of the Order on Objections that was filed by the district court on November 11, 2011, and entered by the district clerk on November 16, 2011. Appellate jurisdiction is invoked under the authority of 28 U.S.C. § 1291 and FED. R. APP. P. 4(a)(1)(B) and FED. R. APP. P. 4 (b)(1)(B).

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

s/ JAMES L. TURNER
JAMES L. TURNER
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
Texas Bar No. 20316950
Federal Bar No. 1406
(713) 567-9102
Email: jim.turner@usdoj.gov

CERTIFICATE OF SERVICE

I, James L. Turner, Assistant United States Attorney, hereby certify that on December 12, 2011, an electronic copy of the foregoing Notice of Appeal was served by Notice of Electronic Filing via this court's ECF system upon all counsel of record.

                                                        s/James L. Turner
                                                        JAMES L. TURNER
                                                        Assistant United States Attorney