Case 4:11-mc-00223   Document 10   Filed in TXSD on 12/14/11   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| USA | § |
| | § |
| v. | § CASE NUMBER:  4:11mc223 |
| | § District Judge:  Lynn N Hughes |
| | § Court Reporter(s): |
| ACLU & EFF | § |

## NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 9, filed by USA, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- The appellant is a U.S. government agency and no fee is required.

- This case was decided without a hearing – no transcripts.

David Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| USA | § |
| | § |
| | § CASE NUMBER:  4:11mc223 |
| v. | § District Judge:  Lynn N Hughes |
| | § Court Reporter(s): |
| ACLU & EFF | § |

## NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 9, filed by USA, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- The appellant is a U.S. government agency and no fee is required.

- This case was decided without a hearing – no transcripts.

David Bradley, Clerk