# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

David Bradley  P.O. BOX 61010
CLERK  HOUSTON, TX 77208

February 9, 2012

IN RE:  Application of the US of America for Historical Cell Site Data
District Court Case No.: 4:11mc223
Circuit Court Case No.: 11-20884

To Whom it May Concern:


**James L Turner**
US Attorneys Office
919 Milam
Suite 1500
Houston, TX 77002


Enclosed is an email containing the original electronic record on appeal in the above referenced Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.



Very Truly Yours,

David J Bradley, Clerk


S Murdock
Deputy Clerk