# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

David Bradley                                                         P.O. BOX 61010
CLERK                                                          HOUSTON, TX 77208


February 9, 2012


IN RE:  Application of the US of America for Historical Cell Site Data
District Court Case No.: 4:11mc223
Circuit Court Case No.: 11-20884

To Whom it May Concern:


**Catherine Crump**
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004


Enclosed is an email containing the original electronic  record on appeal in the above referenced  Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.


Very Truly Yours,

David J Bradley, Clerk


S Murdock
Deputy Clerk