# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

David Bradley  
CLERK

P.O. BOX 61010  
HOUSTON, TX 77208

April 25, 2012

Mr. Lyle Wyman Cayce, Clerk  
U.S. Court of Appeals, Fifth Circuit  
600 South Maestri Place  
New Orleans, LA 70130  
Attn: Jann Wynne



United States Courts
Southern District of Texas
FILED
MAY 1 5 2012

IN RE: Application of the USA for Historical Cell Site Data  
District Court Case No.: 4:11mc223, 4:10mj981-01, 4:10mj990-01, 410mj998-01  
Circuit Court Case No.: 11-20884

Dear Mr. Cayce:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter. This record contains ____8____ volumes of the printed record on appeal.

- Copies of sealed documents enclosed

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David Bradley, Clerk

____B Lacy_____  
Deputy Clerk

