**UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| *versus* | § § § § § | Civil Action 4:11–mc–00223 |

## Order Setting Hearing

1. A hearing will be held before Lynn N. Hughes on

    June 5, 2014
    at 10:00 AM
    Courtroom 11–C, Eleventh Floor
    United States Court House
    515 Rusk Avenue
    Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. Although the court will hear the identified motion, it will also consider other motions, narrow issues, inquire about and resolve expected motions, interrogate counsel, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

    Signed on May 14, 2014, at Houston, Texas.

                                    _____
                                         Lynn N. Hughes   USDJ
                                     United States District Judge